IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LAMONT D. WALKER,

    Plaintiff,

v.

RYAN ARMSON, VICTOR TRUMBIL,
NEUMAIER BRYANT, VANA,
TIM JOHNSON, DR. GISWOLD,
DR. THORPE, KETURKUS
and GLENN BENNETT,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-756-slc

    This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing this case without prejudice.

_____       3/2/10
Peter Oppeneer, Clerk of Court          Date