## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

LAMONT D. WALKER,

     Plaintiff,

     v.

RYAN ARMSON, VICTOR TRIMBLE,
BRIAN NEUMAIER, JEFF VANA,
KIMM JOHNSON,
DR. WILLIAM GISWOLD,
DR. JIM THORPE, PAUL KETARKUS and
GLENN BENNETT,

     Defendants.

JUDGMENT IN A CIVIL CASE

09-cv-756-slc

---

This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Ryan Armson, Victor Trimble, Brian Neumaier, Jeff Vana, Kimm Johnson, Dr. William Giswold, Dr. Jim Thorpe, Paul Ketarkus and Glenn Bennett granting their motions for summary judgment and dismissing this case.

_Peter Oppeneer_       _7/1/2011_

Peter Oppeneer, Clerk of Court       Date